IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RENE FONDREN, JR.,

    Plaintiff,                        No. 2:13-cv-0004 MCE EFB P

    vs.

BUTTE COUNTY, et al.,

    Defendants.                 <u>ORDER</u>

        Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 13, 2013, the court dismissed plaintiff's complaint for failure to state a claim, with leave to amend. On June 19, 2013, the court found that plaintiff had not filed an amended complaint as ordered, and recommended that this action be dismissed for failure to prosecute and failure to state a claim. However, the docket reflects that plaintiff filed an amended complaint on June 18, 2013.

        Accordingly, it is hereby ORDERED that:

        1. The June 19, 2013 findings and recommendations (Dckt. No. 10) are vacated; and

        2. In due course, the court will screen the amended complaint (Dckt. No. 11) pursuant to 28 U.S.C. § 1915A.

Dated: June 27, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE