UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RENE FONDREN, JR., | No. 2:13-cv-0004-MCE-EFB P |
| Plaintiff, | |
| v. | ORDER |
| BUTTE COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 13, 2014, Butte County Sheriff's Department, the sole defendant in this action, filed a motion to dismiss for failure to state a claim and/or for a more definite statement pursuant to Federal Rules of Civil Procedure ("Rule") 12(b)(6) and 12(e). *See* ECF No. 24. On March 6, 2014, plaintiff mailed to the court a motion to amend his complaint. ECF No. 25. The motion was not accompanied by a proposed amended complaint.

Rule 15(a)(1) provides that "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Here, plaintiff requested leave to amend within 21 days after service of defendant's motion. Despite his failure to submit a proposed amended

1

complaint with his motion, as required by Local Rule 220 and as implicitly required by Rule 15(a)(1), the court will allow plaintiff leave to amend as a matter of course and grant him an extension of time within which to file an amended complaint. For these reasons, the court will also deny defendant's motion to dismiss as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to amend (ECF No. 25) is denied as unnecessary in light of Rule 15(a)(1). Plaintiff shall file an amended complaint within 60 days from the date of this order. Thereafter, the court will screen the complaint as required by 28 U.S.C. § 1915A. Plaintiff's failure to comply with this order may result in a recommendation of dismissal.

2. Defendant's motion to dismiss (ECF No. 24) is denied as moot.

3. The court's March 11, 2014 order directing plaintiff to file a response to the motion to dismiss (ECF No. 26) is vacated.

DATED: April 7, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE