UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL RENE FONDREN, JR.,

    Plaintiff,

v.

BUTTE COUNTY SHERIFF'S DEPARTMENT,

    Defendant.

No. 2:13-cv-0004-MCE-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 7, 2014, plaintiff was granted 60 days in which to file an amended complaint. On June 13, 2014, when plaintiff failed to timely act, the court issued findings and recommendations recommending that this action be dismissed. ECF No. 28. On June 30, 2014, plaintiff filed objections. ECF No. 29. In those objections, plaintiff states that he has had limited law library access but will be able to complete and file the amended complaint within 60 days. Plaintiff's objections, construed as a request for extension of time, is granted, to the extent that the court will hold the findings and recommendations in abeyance for a period of 60 days. The court notes that preparing an amended complaint does not require extensive legal research, as it should not contain any legal citations, but only a short and plain statement of the facts showing that plaintiff is entitled to relief. Accordingly, as plaintiff has now been given 120 days to file his amended complaint, the court is not inclined grant additional requests for extensions of time.

1

Accordingly, IT IS HEREBY ORDERED that the June 13, 2014 findings and recommendations are held in abeyance, and plaintiff has 60 days from the date of this order to file his amended complaint in accordance with the court's April 7, 2014 order.  Should plaintiff fail to timely comply, those findings and recommendations will be submitted to the district judge for consideration.

DATED:  July 3, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE